AO 91 (Rev. 09/25 NDIN) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br>EDDIE JEKEEL KING<br><br>*Defendant(s)* | ) | Case No. 3:26-mj-52<br><br>SEALED |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 17, 2026 - June 18, 2026 in the county of Elkhart in the Northern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 924(a)(1)(A) | Causing a federal firearms licensee (FFL) to maintain false records |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Robert Crecelius
*Complainant's signature*

Robert Crecelius, SA, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email transmission and telephonic confirmation.

Date: 07/08/2026

s/Scott J. Frankel
*Judge's signature*

City and state: South Bend, indiana

Honorable Scott J. Frankel
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Robert Crecelius, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been employed with ATF since May of 2017. I am a "federal law enforcement officer" within the meaning of Section 2510(7) of Title 18, United States Code, that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant, and I am empowered by law to conduct criminal investigations and to make arrests for federal felony offenses. I am currently assigned to the South Bend Satellite Office in the Chicago Field Office. In this assignment, I investigate federal firearms related offenses, narcotic violations, and general crimes. In 2017, I attended the Federal Law Enforcement Training Center and graduated from the ATF Special Agent Basic Training as well as the Criminal Investigator Training Program. During my tenure as a Special Agent, I also have an ancillary duty of being a NEXUS expert pertaining to the identification and origin of firearms and ammunition. I have received extensive training related to the investigation of federal crimes, including violent crime and firearms offenses.

2. Prior to federal law enforcement, I was a police officer at the Portage Police Department in Portage, Indiana for approximately five years. I also previously worked as a police officer at the Valparaiso University Police Department for approximately a year-and-a-half. Prior to federal law enforcement, I attended and graduated from the Northwest Indiana Law Enforcement Academy in 2009.

## II. BACKGROUND

My knowledge of the facts alleged in this affidavit arise from my personal participation and observations in this investigation, including an interview of the subject and information obtained from other federal/state law enforcement officers. Since this affidavit is limited to establishing probable cause, I have not included every fact known to me or other investigators. Rather, I am only submitting the facts necessary to establish probable cause to believe that **Eddie Jekeel KING** has violated federal law by causing a federal firearms licensee (FFL) to maintain false records, in violation of Title 18 U.S.C. § 924(a)(1)(A).

## III. PROBABLE CAUSE

**CASE OVERVIEW:**

**3.** In May 2026, ATF in Birmingham Alabama initiated an investigation into **Eddie Jekeel KING** (hereinafter KING) who resides in the Elkhart, IN area. ATF in Birmingham received information that KING was

purchasing firearms from online retailers in their area, which once the firearms were ultimately transferred into the custody of KING, the credit funds used to purchase the firearms online were reported as fraudulent (commonly referred to as a "charge back").

**4.** ATF in the South Bend, Indiana area began to investigate KING by initially gathering his ATF 'Firearm Transaction Records' (Form 4473) for firearm's he's purchased (shown in the table below). To note, the ATF 4473 form gathers various pieces of information during a firearms transaction to include (but not limited to): the firearm make, model, caliber, and serial number; the transferee/buyer's information such as their first, middle, and last name, date of birth, current address; and requires the transferee/buyer to answer yes/no prohibiting questions such as if their purchasing the firearm for themselves, if the buyer is under felony indictment, or if the buyer has been convicted of a misdemeanor crime of violence (to name a few). The form then advises the buyer of certification statement advising the person filling out the form that their answers must be true and correct. The buyer is then required to sign and date the form.

**5.** Once law enforcement gathered the ATF 4473 forms from KING's known firearm purchases in the Northern District of Indiana, your affiant learned that he listed his current address as 1039 Bontrager Ave Apt: C Elkhart, IN.

**6.** This table represents firearm transfer data obtained from ATF 4473 forms which E. KING filled out at the time each firearm was transferred to him:

| # | Transfer Date | Address Used | Make | Model | S/N |
|---|---|---|---|---|---|
| 1 | 1/17/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | 21 Gen 4 | WHL903 |
| 2 | 1/17/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | 23 Gen 3 | GMY495 |
| 3 | 1/17/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | 30 Gen 4 | BGKV962 |
| 4 | 1/17/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | 31 Gen 4 | BYSM248 |
| 5 | 3/21/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | 17 Gen 4 | BBDS867 |
| 6 | 4/24/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | 20V | ALWB758 |
| 7 | 4/24/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | ABC Rifle Comp | ABC-15B Pistol | AB15-00415 |
| 8 | 4/24/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | ACME Machine | AM-15 Pistol | AM15-22592 |
| 9 | 4/24/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | G22 Gen 4 | YBZ563 |
| 10 | 4/24/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | G19 V | CHFV069 |
| 11 | 4/24/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | G23 Gen 4 | TZB569 |
| 12 | 5/9/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | G20 | ALWB911 |
| 13 | 5/11/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | HD C3.6 | C36-00215 |
| 14 | 5/19/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | HD C3.6 | C36-03162 |
| 15 | 5/20/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | G20 V | ALWB905 |
| 16 | 5/21/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | G23 | BUCZ726 |
| 17 | 5/21/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | G21 | XBW119 |
| 18 | 5/21/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Glock | G23 | CGTH262 |
| 19 | 5/22/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | 2011 C2 | C221 30420 |
| 20 | 6/4/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | C4X | C4X-03479 |
| 21 | 6/6/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | HD 2011 | C36-03400 |
| 22 | 6/6/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | HD 2011 | C36-07200 |
| 23 | 6/6/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | XL 2011 | XL225705 |
| 24 | 6/18/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | C4X | C4X-00448 |
| 25 | 6/18/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | C4X | C4X-00451 |
| 26 | 6/18/2026 | 1039 Bontrager Ave Apt C. Elkhart, IN | Staccato | C4X | C4X-05852 |

**7.** Your affiant learned through other law enforcement personnel that KING never resided at that address according to the apartment complex management records. Furthermore, KING's older brother Javonte D. KING (hereinafter referred to as J. KING) resided at that address (1039 Bontrager

Ave Apt: C Elkhart, IN) until September 2025 according to management records. It's unknown at this time if J. KING allowed E. KING to reside at his address while J. KING lived there.

**8.** The apartment complex management advised that from September 2025 (when J. KING moved out) until approxiatley April 2026, the apartment was vacant until its current tenant moved in.

**9.** Law enforcement interviewed the current tenant who advised she has resided in the apartment since April 2026 with her children, and has not let any other person reside with her during that time. Furthermore, the current resident didn't know E. KING.

//

//

//

//

//

//

## IV. CONCLUSION

Based upon the information contained in this affidavit, I believe that there is probable cause to believe that **Eddie Jekeel KING** has violated federal law by causing a federal firearms licensee (FFL) to maintain false records, in violation of Title 18 U.S.C. § 924(a)(1)(A).

Robert Crecelius
Special Agent Robert Crecelius
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me this 8th day of July, 2026.

s/Scott J. Frankel
Honorable
Magistrate Judge
Northern District of Indiana